**Order filed April 22, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00240-CV

———————

**BRANT OILFIELD MANAGEMENT & SALES, INC., Appellant**

**V.**

**MOUNTWEST, INC., Appellee**

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2013-30681**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Plaintiffs Exhibit Number 17.**

The clerk of the 127th District Court is directed to deliver to the Clerk of this court the original of **Plantiffs Exhibit Number 17**, on or before April 29, 2016**.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **Plantiffs Exhibit Number 17**, to the clerk of the 127th District Court.


PER CURIAM